IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELANIE HUTCHINSON,

        Plaintiff,

v.

EDDIE LEE JOHNSON, II, et al.,

        Defendants.

Case No. 24-cv-1925 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 2/18/2025**      MONICA A. STUMP, Clerk of Court

                              s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**